1

2

3

4          IN THE UNITED STATES DISTRICT COURT FOR THE

5                  EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,          Case Nos.   3:13-mj-0004-CMK
8                                                    3:14-mj-0063-CMK
                                     Plaintiff,
9    v.                                          ORDER
10
11   Michael R. Kramer,
12                                    Defendant.
13   _____

14

15          In its Proposed Memorandum of Opinion and Judgment filed on June 24, 2015, the court

16   found the defendant not guilty of Count 3 of the Information filed on January 27, 2015, as to

17   violating  36 C.F.R. § 4.22(b)(3), unsafe operation of a vehicle.   In the concluding paragraph of

18   said Memorandum, however, the court mistakenly concluded that the defendant was guilty of

19   Count 3, and not guilty of Count 6 of violating 36 C.F.R. § 2.34(a)(1), disorderly conduct.

20   The corrected language at lines 4 through 24 on page 14 is:

21          (1)  The evidence supports beyond a reasonable doubt that with respect to Information filed

22   January 17, 2015, the defendant is guilty of the charges set forth in: Count 1, possession of a

23   concealed handgun in violation of  36 C.F.R. § 2.4(a)(1)(I); Count 2, possession or control of an

24   unregistered vehicle in violation of 36 C.F.R. § 4.2, incorporating California Vehicle Code § 4000(a);

25   Count 3, having no proof of financial responsibility for his vehicle in violation of  36 C.F.R. § 4.2,

26   incorporating California Vehicle Code 16028(A), and Count 4, failing to obtain a camping permit in

27   violation of 36 C.F.R. § 2.10(b)(8), all Class B misdemeanors.

28

                                            1

(2)  The evidence also supports beyond a reasonable doubt that with respect to Information filed January 27, 2015, the defendant is guilty of the charges set forth in: Count 1, violating 18 U.S.C. § 13, incorporating  California Vehicle Code § 14601.1(a), driving with a suspended license; Count 2 with violating 18 U.S.C. § 13, incorporating California Vehicle Code § 12500(a), driving without a valid driving license; Count 4  violating 36 C.F.R. § 2.32(a)(1), threatening, resisting . . . interfering with a government employee engaged in official duty; Count 5,  violating  36 C.F.R. § 2.32(a)(2), failure to obey lawful order of a Government employee; *Count 6 of violating 36 C.F.R. § 2.34(a)(1), disorderly conduct*; Count 7, violating 18 U.S.C. § 13, incorporating California Vehicle Code § 4000(a)(1), possessing or in control of an unregistered vehicle; Count 8, violating 18 U.S.C. § 13 incorporating California Vehicle Code § 16028(a), failure to provide proof of financial responsibility for his vehicle; Count 9 violating 18 U.S.C. § 13, incorporating California Vehicle Code § 5402(a), failure to display current registration stickers or tabs and *not guilty of count 3 of violating 36 C.F.R. § 4.22(b)(3), unsafe operation of a vehicle.*

This corrected language will appear in the courts final judgment following sentencing on September 8, 2015.

IT IS SO ORDERED:

DATED:  July 30, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE